| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-10442 / ABA**

RICHARD A. DANIELS

Petition Filed Date: 01/19/2022
341 Hearing Date: 02/17/2022
Confirmation Date: 02/22/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2024 | $465.00 |  | 02/28/2024 | $465.00 |  | 04/05/2024 | $465.00 |  |
| 04/19/2024 | $465.00 |  | 06/14/2024 | $465.00 |  | 07/12/2024 | $465.00 |  |
| 08/09/2024 | $465.00 |  | 09/23/2024 | $465.00 |  | 11/01/2024 | $465.00 |  |

**Total Receipts for the Period:  $4,185.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,954.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | RICHARD A. DANIELS | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>»»  AMENDED 8/26/22 | Unsecured Creditors | $7,294.46 | $2,743.24 | $4,551.22 |
| 2 | CITIBANK, N.A. | Unsecured Creditors | $2,660.31 | $1,000.47 | $1,659.84 |
| 3 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | JPMORGAN CHASE BANK, N.A.<br>»»  2017 FORD EXPLOYER | Debt Secured by Vehicle | $1,710.18 | $1,710.18 | $0.00 |
| 5 | U.S. DEPARTMENT OF EDUCATION<br>»»  PAID OUTSIDE | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 6 | MIDFIRST BANK<br>»»  9/16/22 Order Final L/M Agreement/NATIONSTAR<br><br>OUTSIDE PENDING LOAN MOD | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK, N.A. | Unsecured Creditors | $7,765.91 | $2,920.54 | $4,845.37 |
| 8 | U.S. TRUSTEE |  | $0.00 | $0.00 | $0.00 |
| 9 | ANDREW B. FINBERG |  | $0.00 | $0.00 | $0.00 |
| 10 | ISABEL C. BALBOA |  | $0.00 | $0.00 | $0.00 |
| 0 | Andrew B. Finberg, Esq. | Attorney Fees | $3,563.00 | $3,563.00 | $0.00 |
| 11 | MIDFIRST BANK<br>»»  5/17/22 order/NATIONSTAR | Other Administrative Fees | $538.00 | $538.00 | $0.00 |
| 12 | MIDFIRST BANK<br>»»  9/20/22/NATIONSTAR | Other Administrative Fees<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 13 | JPMORGAN CHASE BANK, N.A.<br>»»  9/20/22 | Other Administrative Fees | $538.00 | $538.00 | $0.00 |

**Chapter 13 Case No. 22-10442 / ABA**

| | | | | | |
|---|---|---|---|---|---|
| 14 | JPMORGAN CHASE BANK, N.A.<br>»»  8/8/23 order | Other Administrative Fees | $195.00 | $195.00 | $0.00 |
| 15 | ALBERT RUSSO | Other Administrative Fees | $0.00 | $0.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq.<br>»»  SUB OF ATTY 10/24/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 16 | MIDFIRST BANK<br>»»  648 ANDREA ROAD/ATTY FEES 11/22/24 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,954.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $13,408.43 | Current Monthly Payment: | $462.00 |
| Paid to Trustee: | $1,302.09 | Arrearages: | $462.00 |
| Funds on Hand: | $1,243.48 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

