Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 22−10442−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Richard A Daniels
  aka Richard A Daniels II, aka Richard
  Anthony Daniels II
  648 Andrea Road
  Runnemede, NJ 08078

Social Security No.:
  xxx−xx−7454

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 2/18/25 at 10:00 AM

to consider and act upon the following:

*93* − Certification In Response to (related document:91 Creditor's Certification of Default filed by Kimberly A. Wilson on behalf of JPMORGAN CHASE BANK, N.A. Objection deadline is 01/27/2025. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Wilson, Kimberly). Related document(s) 73 Consent Order filed by Creditor JPMORGAN CHASE BANK, N.A.. Modified on 1/14/2025: TO CORRECT LINK. filed by Creditor JPMORGAN CHASE BANK, N.A.) filed by Kevin C. Fayette on behalf of Richard A Daniels. (Fayette, Kevin)

Dated: 1/28/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court