| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>Attorneys for Secured Creditor<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>Kimberly A Wilson, Esq. (031441997) | Order Filed on February 25, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Richard A Daniels,**<br><br>*aka* **Richard A Daniels, II,**<br><br>*aka* **Richard Anthony Daniels, II,**<br><br>    **Debtor.** | Case No.: 22-10442<br><br>Chapter: 13<br><br>Hearing Date:<br><br>Judge: Andrew B. Altenburg Jr. |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: February 25, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page **2**
Debtors: Richard A Daniels
Case No.: **22-10442**
Caption of Order: **Order Granting Motion For Relief From Stay**

---

Upon the certification of default of JPMorgan Chase Bank, N.A., ("Secured Creditor"), the moving party under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Personal property more fully described as:

2017 Ford Explorer, VIN # 2017 Ford Explorer

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate

with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable nonbankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.