| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY |
| Albert Russo <br> Standing Chapter 13 Trustee <br> PO Box 4853 <br> Trenton, NJ  08650 <br> (609) 587-6888 <br> Standing Chapter 13 Trustee |

| In re: <br><br> RICHARD A. DANIELS <br><br><br><br><br> Debtor(s) | Case No.: 22-10442 / ABA <br><br> Judge: Andrew B. Altenburg, Jr. <br><br> Chapter: 13 |
|---|---|

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 6/18/2025, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  6/18/2025                                              /s/  Kierstyn Buchanan
                                                                                    Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| RICHARD A. DANIELS<br>648 ANDREA ROAD<br>RUNNEMEDE, NJ  08078 | Debtor(s) | Regular Mail |
| Kevin C. Fayette, Esq.<br>1675 Whitehorse Mercerville Rd.<br>Suite 204<br>Hamilton, NJ  08619 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |