Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

        Case No.: 22−10442−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard A Daniels
    aka Richard A Daniels II, aka Richard
   Anthony Daniels II
   648 Andrea Road
   Runnemede, NJ 08078

Social Security No.:
   xxx−xx−7454

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 9/23/25 at 10:00 AM

to consider and act upon the following:

*105* − Certification In Response to (related document:104 Creditor's Certification of Default (related document:89 Order Resolving Creditor's Certification of Default) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 08/29/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Kevin C. Fayette on behalf of Richard A Daniels. (Fayette, Kevin)


Dated: 8/28/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court