| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for MidFirst Bank | |
| In Re:<br><br>Richard A Daniels aka Richard A Daniels, II aka Richard Anthony Daniels, II<br><br>Debtor | Case No.:   22-10442 ABA<br><br>Chapter:   13<br><br>Hearing Date: September 23, 2025<br><br>Judge:   Andrew B. Altenburg Jr. |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled  ■ Withdrawn

Matter: Creditor's Certification of Default, Document Number 104

Date: September 18, 2025    /s/ Denise Carlon
                             Signature

*rev. 8/1/15*