Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−10442−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard A Daniels
   aka Richard A Daniels II, aka Richard
   Anthony Daniels II
   648 Andrea Road
   Runnemede, NJ 08078

Social Security No.:
   xxx−xx−7454

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/22/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 22, 2025
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-10442-ABA
Richard A Daniels  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Sep 22, 2025      Form ID: 148      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard A Daniels, 648 Andrea Road, Runnemede, NJ 08078-1211 |
| 519487849 | | Mohela/Dept of Education, 633 Spirit Drive, McHenry, IL 60050 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Sep 22 2025 21:45:00 | Harold Kaplan, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2025 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2025 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 22 2025 21:45:00 | Nationstar Mortgage LLC D/B/A Mr. Cooper, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519487845 | | EDI: TSYS2 | Sep 23 2025 01:19:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 519487846 | | EDI: CITICORP | Sep 23 2025 01:19:00 | Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 519487847 | + | EDI: CAPITALONE.COM | Sep 23 2025 01:19:00 | Capital One Bank, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 519527320 | | EDI: CITICORP | Sep 23 2025 01:19:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519487848 | + | EDI: JPMORGANCHASE | Sep 23 2025 01:19:00 | JPMCB Auto Finance, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 519507815 | | EDI: JPMORGANCHASE | Sep 23 2025 01:19:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519620500 | | Email/Text: EBN@Mohela.com | Sep 22 2025 21:45:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520379060 | + | EDI: AISMIDFIRST | Sep 23 2025 01:19:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 520379059 | + | EDI: AISMIDFIRST | Sep 23 2025 01:19:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519487850 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 22 2025 21:45:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 519536697 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 21:45:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, PO Box 619096, Dallas, TX 75261-9096 |
| 519531338 | | EDI: PRA.COM | Sep 23 2025 01:19:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519691074 | | EDI: PRA.COM | Sep 23 2025 01:19:00 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519487851 | + | EDI: CITICORP | Sep 23 2025 01:19:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2025       Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor JPMORGAN CHASE BANK  N.A. cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper hkaplan@rasnj.com  kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Kevin C. Fayette | on behalf of Debtor Richard A Daniels kfayette@kevinfayette.com |
| Matthew K. Fissel | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 22, 2025 | Form ID: 148 | Total Noticed: 20 |

                on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Roger Fay
                on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com

Sindi Mncina
                on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12